In the Matter of ANKER TJERSLAND et al., Similarly Situated, Respondents, against PAUL P. BRENNAN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents on the authority of *Matter of Aliotta* v. *Finegan* (252 App. Div. 855). There is cogent argument for a policy contrary to that applied in the *Aliotta* case. However, there is no way of distinguishing the case and the commission shows no reason why it could not have obtained corrective legislation or regulation since the decision in the *Aliotta* case in 1937. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *post,* p. 793.]

NEWMAN K. CHAFFEE, JR., Individually and as Coadministrator of the Estate of NEWMAN K. CHAFFEE, SR., Deceased, et al., Respondents, v. GLENS FALLS NATIONAL BANK & TRUST COMPANY, Appellant, et al., Defendants.— We think that the statute is susceptible to the reasonable interpretation given to it by the learned court at Special Term. It would appear, however, that the case could properly be removed to Warren County on the ground of convenience. Order unanimously affirmed, with $20 costs and disbursements to the respondents, with leave to the appellant to move for a change of venue on the ground of convenience. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [204 Misc. 181.] [See *post,* p. 793.]

ERNEST M. HIGH, Respondent, v. WILLIAM J. FARSON, as Treasurer of American Newspaper Guild (C. I. O.), Appellant.— On the particular facts herein disclosed, items 8, 9 and 10 as to which appellant restricts the appeal, are material and necessary under the pleadings. Accordingly the order appealed from so far as defendant has limited the items involved in the appeal, unanimously reversed and items 8, 9 and 10 of defendant's notice of motion granted, with $20 costs and disbursements to the appellant. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.